IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY ANN STUTZ BARTON,

    Defendants.                           Case No. 06-CR-30028-DRH

### ORDER

**HERNDON, District Judge:**

        This matter is before the Court on Defendant Mary Ann Stutz Barton's Motion to Continue Trial Setting (Doc. 11). The reason for the continuance request is that Defendant "is charged with a number of fraud and tax counts. The parties are negotiating the terms of a plea agreement and possible cooperation with the government. Such cooperation may involve lengthy and complicated assistance to the government" (*Id*. at ¶ 1).

        The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion to Continue (Doc. 11). The Court **CONTINUES** the jury trial scheduled for Monday, May 1, 2006, at 9:00 a.m. and reschedules it for **Monday, August 21, 2006 at 9:00 a.m.** The time from the date the motion to continue (Doc.

1

11) was filed, April 20, 2006, until the date to which the trial is rescheduled, August 21, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 21st day of April, 2006.

/s/       David RHerndon<br>**United States District Judge**