IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,         )
      Plaintiff,              )
                                  )
v.                                ) Case No.3:06-CR-30028-001-DRH
                                  )
Mary Ann Stutz Barton,            )
                                  )
      Defendant.              )

## ORDER

For good cause shown, the Motion to Substitute Restitution Payee (Doc. 36), filed by the United States of America, is hereby **GRANTED**. Accordingly, Janet and James Fassler are hereby substituted as restitution payees for Interstate Auto Brokers of Illinois, Inc. Furthermore, all restitution payments ordered pursuant to the Court's Judgment against defendant Mary Ann Stutz Barton (Doc. 30), including any currently held by the Court, shall hereafter be made payable to Janet and James Fassler.

**IT IS SO ORDERED**.

Signed this 20th day of May, 2009.

/s/     *DavidRHerndon*
DAVID R. HERNDON
Chief Judge, United States District Court