## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    **Plaintiff**                                 Case No:   06-cr-30028-DRH

    v.

 Mary Ann Stutz Barton Mayhue,

    **Defendant,**

================================
Walmart Stores,

    **Garnishee.**

### ORDER

Upon motion of the United States of America (Doc. 45), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** that the Writ of Continuing Garnishment in this cause be and the same is hereby **DISMISSED without prejudice.**

    IT IS SO ORDERED.

    Signed this 24th day of August, 2017

Digitally signed by Judge
David R. Herndon
Date: 2017.08.24
12:28:09 -05'00'

**United States District Judge**